IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:20-CR-57-CAR-CHW-2 |
| WONTRELLA HEMPHILL, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER ON JOINT MOTION TO CONTINUE TRIAL

Before the Court is the parties' Joint Motion to Continuance [Doc. 76] the pretrial hearing in this case presently scheduled for July 21, 2022. On December 9, 2020, the Grand Jury returned a four-count indictment against Defendant and her co-defendant charging Defendant Hemphill with one count of possession of marijuana, one count of possession of eutylone, and two counts of possession of a firearm by a drug user. On February 2, 2021, Defendant was appointed counsel, pled not guilty at her arraignment, and was released on an unsecured bond with conditions. This case has been previously continued multiple times.

This case was set for trial on July 11, 2022, and on July 21, 2022, the parties agreed to enter into a pretrial diversion subject to approval by the Athens United States Probation Office. In the current Motion, the parties represent that a continuance of this case is necessary because Probation does not expect to have its preliminary investigation into the propriety of a pretrial diversion completed until July 30, 2022. For a defendant to

1

enter into a pretrial diversion, he or she must allow the United States Probation Office to conduct an assessment as to whether he or she is suitable for pretrial supervision and successful completion of the conditions of any diversion agreement. Additional time is needed to allow the Probation Office to properly assess Defendant and for Defendant to have time to complete the terms of the agreement.

Having considered the matter, the Court finds it serves the ends of justice to grant Defendant and his counsel adequate time to address these matters. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial.  Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice.  Thus, the parties' Joint Motion to Continue [Doc. 76] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until October 24, 2022, the next term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 12th day of July, 2022.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT